*Mr. Carroll G. Walter* for petitioner. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *James E. Murphy* for respondent.

No. 111. PORTER *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James C. Leaton* for petitioner. *Acting Solicitor General Townsend,* and *Messrs. Hugh A. Fisher, William W. Barron* and *W. Marvin Smith* for the United States.

No. 114. U. S. FIDELITY & GUARANTY CO. *v.* MERCANTILE HOME BANK & TRUST Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Louis M. Denit* for petitioner. *Mr. James P. Kem* for respondent.

No. 115. MUTUAL BENEFIT HEALTH & ACCIDENT ASSN. *v.* WARRELL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas B. Pryor* for petitioner. *Messrs. Frank Pace* and *Charles I. Evans* for respondent.

No. 116. REED ET AL. *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Henry A. Uterhart* and *Alfred M. Schaffer* for petitioners. *Acting Solicitor General Townsend, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.